Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501      Fax (323) 937-4503
e-mail: BCC4929@aol.com

*Attorney For Defendant John Noohian*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOHN NOOHIAN<br><br>Debtor.<br><br>HOLLINS•SCHECHTER,<br><br>Plaintiff.<br><br>vs.<br><br>JOHN NOOHIAN,<br><br>Defendant. | Case No. 2:08-bk-20167-RN<br><br>Chapter 7<br><br>Adversary No. 2:08-ap-01789<br><br>_DENYING_<br><br>[PROPOSED] ORDER RE MOTION FOR ORDER MOTION TO MODIFY, ALTER, OR AMEND ORDER DISMISSING COMPLAINT<br><br>[*Notice of Entry of Judgment or Order And Certificate of Mailing* attached]<br><br>Date: February 19, 2009<br>Time: 9:30 am<br>Place: Courtroom 1645<br>Edward Roybal Federal Building<br>255 East Temple Street, Los Angeles, California |

The hearing on the ~~Plaintiff's~~ ~~MOTION FOR ORDER~~ MOTION TO MODIFY, ALTER, OR
("Motion")
AMEND ORDER DISMISSING COMPLAINT that was filed by Plaintiff
                                                                in
HOLLINS•SCHECHTER ~~for~~ the above-captioned matter came for hearing at the above-

reference date, time and place. Appearing on behalf of Plaintiff HOLLINS•SCHECHTER was

Lukasz I. Wozniak of Hollins•Schechter. Appearing on behalf of Defendant JOHN NOOHIAN

F:\DOCS\JOHN-NOOHIAN\HOLLINS-SCHECHTER\60(B).ORD.wpd
2/25-6:48pm

1 | was Baruch C. Cohen.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is DENIED. *[handwritten]* *(RM)*

IT IS SO ORDERED

DATED: ~~February 25, 2009~~ MARCH 4, 2009

THE HONORABLE RICHARD NEITER
UNITED STATES BANKRUPTCY COURT

Respectfully Submitted.

DATED: February 25, 2009

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By /s/ Baruch Cohen
Baruch C. Cohen, Esq.
*Attorney For Defendant John Noohian*

United States Bankruptcy Court
Central District of California

Los Angeles

Judge Richard Neiter, Presiding

Courtroom 1645 Calendar

Thursday, February 19, 2009                          Hearing Room 1645

9:30 am

**2:08-20167**    **John M Noohian**                                                   **Chapter 7**

Adv#: 2:08-01789    Hollins Schechter v. Noohian

#5.00      Motion to modify, alter, or amend order
           Re: Motion for order dismissing complaint
           to determine dischargeability of debt

                          Docket #: 11

**Tentative Ruling:**

**2/18/2009**

     Upon consideration of all pleadings filed, the Motion is denied. The Court did not make a mistake in entering the Defendant's form of order. It decided that the Defendant's order reflected the Court's ruling accurately. Plaintiff failed to demonstrate any clerical mistake, oversight or omission from the order. Moreover, the Court finds that keeping the order as is does not create prejudice to the Plaintiff. The Plaintiff had the opportunity to amend its complaint under its claim for § 523(a)(2) as contemplated by the Court's ruling at the hearing. Defendant's counsel to prepare the order.

                                      Party Information

**Debtor(s):**
     John M Noohian                                         Represented By
                                                              Henry M Toles

**Defendant(s):**
     John M Noohian                                         Represented By
                                                              Henry M Toles
                                                               Baruch C Cohen

**Plaintiff(s):**
     Hollins Schechter                                      Represented By
                                                              Kathleeen Mary Kushi Carter

| In re: In re John Noohian, Case No. 2:08-bk-20167-RN Hollins•Schechter vs. John Noohian  Debtor(s). | CHAPTER 7 CASE NUMBER 2:08-ap-01789 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010

The foregoing document described [PROPOSED] ORDER RE MOTION FOR ORDER MOTION TO MODIFY, ALTER, OR AMEND ORDER DISMISSING COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On February 25, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date February 25, 2009 Type Name BARUCH C. COHEN | Signature |
|---|---|

1 | SERVICE LIST

2

3 | COUNSEL FOR PLAINTIFF

4 | Lukasz I. Wozniak, Esq.
5 | Hollins•Schechter
6 | 1851 East First Strewet, Sixth Floor
   | Santa Ana, CA 92705-4017

7

8 | COUNSEL FOR DEFENDANT

9 | Baruch C. Cohen, Esq.
10 | LAW OFFICE OF BARUCH C. COHEN
11 | A Professional Law Corporation
    | 4929 Wilshire Boulevard, Suite 940
12 | Los Angeles, California 90010
13 | Telephone: (323) 937-4501
14 | Facsimile: (323) 937-4503
    | email: BCC4929@aol.com

| In re: | CHAPTER 7 |
|---|---|
| In re John Noohian, Case No. 2:08-bk-20167-RN Hollins•Schechter vs. John Noohian | |
| | CASE NUMBER 2:08 |
| Debtor(s). | |

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)[PROPOSED] ORDER RE MOTION FOR ORDER MOTION TO MODIFY, ALTER, OR AMEND ORDER DISMISSING COMPLAINT was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of         , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐     Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009   **F 9021-1.1**

F:\DOCS\JOHN-NOOHIAN\HOLLINS-SCHECHTER\60(B).ORD.wpd
2/25-6:48pm                    5

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | COUNSEL FOR PLAINTIFF |
| 3 | |
| | Lukasz I. Wozniak, Esq. |
| 4 | Hollins•Schechter |
| 5 | 1851 East First Strewet, Sixth Floor |
| | Santa Ana, CA 92705-4017 |
| 6 | |
| 7 | COUNSEL FOR DEFENDANT |
| 8 | |
| | Baruch C. Cohen, Esq. |
| 9 | LAW OFFICE OF BARUCH C. COHEN |
| 10 | A Professional Law Corporation |
| 11 | 4929 Wilshire Boulevard, Suite 940 |
| | Los Angeles, California 90010 |
| 12 | Telephone: (323) 937-4501 |
| 13 | Facsimile: (323) 937-4503 |
| 14 | email: BCC4929@aol.com |